John J. Mortimer, Corporation Counsel, for appellant; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Frank A. McDonnell, for appellee; William L. Carlin, and Louis A. Rosenthal, of counsel. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full. Opinion filed January 27, 1953; released for publication February 26, 1953.

## William A. Boettcher, and Arthur C. Boettcher, Appellants, v. Harold C. Boettcher, Individually and as Trustee, and Ada Boettcher Duus, Appellees.

**Gen. No. 45,801.**

Wallace Wyatt, for appellants; Charles H. Soelke, and Sherman M. Booth, for appellees. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full. Opinion filed January 27, 1953; rehearing denied February 10, 1953; released for publication February 26, 1953.

## Marie T. Schumacher, Appellant, v. Mathew Santel, Dr. Benjamin L. Sargent, and Hannah Liesemeyer, Appellees.

**Gen. No. 45,810.**